UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: ANTIGUA INVESTMENTS, L.L.C.            CASE NO. 23-80536
*Subchapter V of Chapter 11 Debtor-in-Possession*

---

DEBTOR'S MOTION TO DISMISS CASE

---

**NOW INTO COURT,** through undersigned counsel, comes the above named debtor, who respectfully represents that:

*Jurisdiction*

1.

This matter constitutes a core proceeding and this Court has jurisdiction under 28 U.S.C. §157, §1334, 11 U.S.C. §1181, et seq., and 11 U.S.C. §1112.

*Background*

2.

Mover filed a Petition for Relief under Sub-Chapter V of Chapter 11 of the United States Bankruptcy Code on September 22, 2023. It attempted to remain in possession of its assets and continue to operate its business in accordance with 11 U.S.C. §1184.

3.

No Trustee or Examiner was ever appointed in this case.

4.

The only significant asset of the debtor's estate [the facility from which its business was conducted] was sold at auction and the business of the debtor ceased as a result. Debtor is not able to propose a Plan of Reorganization that would be feasible and believes it is in the best interest of all parties to dismiss this case.

5.

The majority of debtor's creditors have initiated collection activities in state court and are capable of pursuing the same. However, there are no assets of this estate

which are not encumbered and from which any recovery could be made, except as set forth hereinafter.

6.

Conversion of this case to a case under Chapter 7 would result in the Chapter 7 Trustee abandoning all assets and merely delay the collection efforts of all creditors.

7.

Debtor's only significant asset is its claim against the City of Alexandria for stay violations [No. 24-05006] which would be of doubtful value to a Chapter 7 Trustee.

*Law*

8.

Section 1112 applies to Subchapter V as it is not excluded by Section 1181. Debtor believes dismissal is appropriate under 11 U.S.C. §1112(b)(1) as the same is in the best interests of the creditors and the estate.

**WHEREFORE, MOVER PRAYS** that this case be dismissed.

**LAW OFFICE OF,**

**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON [#13546]**
**1330 Jackson Street – Suite C**
**Alexandria, Louisiana 71301**
**Tel No (318) 442-6658**
**Fax No (318) 442-9637**
**rocky@rockywillsonlaw.com**
**Attorney for Debtor**